# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTOINE BOUSLEY, | ) | |
| Petitioner, | ) | 2:11-cv-01751-GMN-GWF |
| vs. | ) | **ORDER** |
| D.W. NEVEN, *et al.*, | ) | |
| Respondents. | ) | |

Respondents have filed a motion for an extension of time in which to file a reply regarding the pending motion to dismiss. (ECF No. 17). Respondents seek a 21-day enlargement of time to file a reply. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file a reply (ECF No. 17) is **GRANTED.** Respondents' reply regarding the motion to dismiss shall be filed within **twenty-one (21) days** from the date of entry of this order.

DATED this 29th day of May, 2012.

_____
Gloria M. Navarro
United States District Judge